UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION


FILED
MAY 23 2014
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. )   Cause No.
)
TIMOTHY ANDREW ENDRE, )   **1:14-cr-0108 SEB-MJD**
)
    Defendant. )

## INFORMATION

### COUNT 1
Enticement of a minor, Girl #1
18 U.S.C. § 2422(b)

The United States Attorney charges that:

At times material to this Information:

1.     Indiana state law prohibits any person from performing sexual intercourse or deviate sexual conduct with a child less than 14 years of age. *See* Indiana Code, Section 35-42-4-3(a). Indiana state law also prohibits any person from fondling or touching a child less than 14 years of age, with the intent to arouse or to satisfy the sexual desires of such person or the child. *See* Indiana Code, Section 35-42-4-3(b).

2.     Between in or about December 2013 and on or about January 14, 2013, in the Southern District of Indiana and elsewhere, the defendant, TIMOTHY ANDREW ENDRE, did use a facility and means of interstate

commerce, the Internet and a cellular phone, to attempt to knowingly persuade, induce, and entice an individual who had not attained the age of 14 years, Girl #1, to engage in sexual activity for which a person can be criminally charged under Indiana state law, as described above.

All of which is in violation of Title 18, United States Code, Section 2422(b).

_____
JOSEPH H. HOGSETT
United States Attorney

STATE OF INDIANA    )
                    )   SS:
COUNTY OF MARION    )

Steven D. DeBrota, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

_____
Steven D. DeBrota
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 23rd day of May, 2014.

_____
Carrie A. Griffin
Notary Public

My Commission Expires:

January 21, 2016

My County of Residence:

Hancock