UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14-cr-00108-SEB-MJD |
| | ) | |
| TIMOTHY ANDREW ENDRE, | ) | |
| | ) | |
| Defendant. | ) | |

## Factual Basis for Guilty Plea

The United States of America, by counsel, Joseph H. Hogsett, United States Attorney for the Southern District of Indiana, and Steven D. DeBrota, Senior Litigation Counsel, and the Defendant, TIMOTHY ANDREW ENDRE, in person and by counsel, Gwendolyn Beitz, hereby submit this factual basis to support the guilty plea in the instant case.

The parties stipulate and agree that the United States could prove the facts provided below to a jury beyond a reasonable doubt if the case went to trial. The parties reserve the right to present additional evidence at the time of sentencing if they so choose. This pleading is not intended to foreclose the presentation of such evidence.

1.  Between sometime in or about 2013 and his arrest on January 14, 2014, Timothy Andrew Endre ("Endre") communicated with a minor girl using text messages, Skype and Internet social networking. He also did this in person.

2. On January 14, 2014, the FBI received information from Detective Darin Odier, Indianapolis Metropolitan Police Department (IMPD), regarding an investigation of the production of sexually explicit images of a female minor (Herein referred to as "Girl #1").

3. Previously, in December of 2013, Detective Odier received information regarding inappropriate online conversations between Endre, who is 33 years old, and Girl #1, who is 13 years old. The communications concerned sexual matters.

4. An adult related to Girl #1 gave law enforcement officers consent to search a cellular phone belonging to Girl #1. Upon searching Girl #1's cellular phone, officers found multiple images of Endre with his penis exposed as well as images of Girl #1 and Endre holding signs referring to each other as husband and wife. Girl #1 is also seen showing a package insert from a birth control device in an image file send to Endre.

5. Additionally, Law Enforcement found multiple Facebook communications between Endre and Girl #1 regarding future sexual contacts between Endre and Girl #1. Because her age, sexual activity or contacts between these persons would be illegal.

6. Girl #1's phone was not manufactured in Indiana and its communications involved facilities of interstate and foreign commerce.

7. On January 14, 2014, after receiving information that Girl #1 was reported as a "runaway" and receiving information that Girl #1 was with Endre

at a local motel, law enforcement officers located Endre and Girl #1 at the Value Inn Motel, 3401 South Keystone Avenue, Indianapolis, Indiana. Endre was renting room 225. While the officers were on site, Girl #1 left the room and initially told the officers that Endre was not in room 225. However, this was not true, as the officer determined.

8. Initially, Endre did not open the door to the motel room for the law enforcement officers, who were knocking on the door and requesting entry. However, Endre eventually opened the door after the officers determined the door was locked by checking with a hotel key. Before the officers actually unlocked the door or entered the room, Endre answered the door and allowed them to enter. Endre then gave the law enforcement officers consent to search the motel room.

9. Three (3) cellular phones were located in the room. The cellular phones recovered are as follows:

    a. One (1) gray Samsung Galaxy S4, recovered from Endre

    b. One (1) Motorola cellular phone in a green case with a cracked corner, recovered from Endre's backpack

    c. One (1) gray Motorola cellular phone, recovered from Girl #1.

10. During an interview with Law Enforcement, Endre admitted to using his gray, 1984 Chevrolet corvette, VIN number 1G1AY0786E5126357, to pick up Girl #1 on January 13, 2014. Endre's car was located in the parking lot of the Value Inn Motel.

11. Endre also admitted that he knew Girl #1 was 13 years old and that he had taken Girl #1 to two (2) different motels in Indianapolis, including the Value Inn Motel.

12. Endre admitted that he gave Girl #1 the gray Motorola cellular phone and that he had taken photographs of Girl #1 while he was at the Value Inn Motel. He admitted that these photographs showed Girl #1 topless, wearing panties on her stomach. The photographs would be evidence of their sexual relationship, among other purposes.

13. Endre admitted that he deleted the photographs he had taken of Girl #1 while law enforcement was waiting to enter the motel room. He admitted that he deleted the images.

14. Endre is a truck driver, who travels frequently for this work.

15. During a forensic interview, Girl #1 explained that Endre gave her the Motorola cellular phone and that she used the phone to communicate with him before running away. Girl #1 also stated that she had sexual contact with Endre and that Endre took photographs of her using his cellular phone. The sexual contacts occurred in two different motel rooms and the cab of Endre's truck. These sexual contacts followed the communications described above through text messaging and other means.

Respectfully submitted,

JOSEPH H. HOGSETT
UNITED STATES ATTORNEY

6-12-14
Date

*signature*

Steven D. DeBrota
Senior Litigation Counsel

6-11-14
Date

*signature*

TIMOTHY ANDREW ENDRE
Defendant

6-11-14
Date

*signature*

Gwendolyn Beitz
Attorney for Defendant

5